Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**
JAMES J. VILT, JR. - CLERK
AUG 20 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Kentucky__
__Bowling Green__ Division

Brian Fishback
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Warren County Fiscal Court - Judge Executive - Mike Buchannon
Bowling Green - Board of Commissioners
City - County Planning Commission Board
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __1:21-CV-125-GNS__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brian Fishback
Street Address: 255 Clifford Way
City and County: Bowling Green, Warren County
State and Zip Code: Kentucky, 42103
Telephone Number: 270-781-6056
E-mail Address: —

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Mike Buchannon
- Job or Title (if known): Warren County Fiscal Court - Judge Executive
- Street Address: 429 East 10th Ave., suite 201
- City and County: Bowling Green, Warren County
- State and Zip Code: Kentucky, 42101
- Telephone Number: (270) 843-4146
- E-mail Address (if known):

Defendant No. 2
- Name: Bowling Green - Board of Commissioners
- Job or Title (if known):
- Street Address: 1001 College St.
- City and County: Bowling Green, Warren County
- State and Zip Code: Kentucky, 42101
- Telephone Number: (270) 393-3000
- E-mail Address (if known):

Defendant No. 3
- Name: City-County Planning Commission Board
- Job or Title (if known):
- Street Address: 922 State Street, suite 200
- City and County: Bowling Green, Warren County
- State and Zip Code: Kentucky, 42101
- Telephone Number: (270) 842-1953
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
- Ethics laws violations.
- Voter suppression

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Neighborhood houses are being taken away.*

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*(See Attachment-1)*

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*(see Attachment-2)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-20-21

Signature of Plaintiff: Brian Fishback
Printed Name of Plaintiff: Brian Fishback

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# (ATTACHMENT – 1)

There seems to have been an "Ethics violation" in the Warren County government, or the WC government, during the WC government elections in the year of 2020, when WC government-election voting booths were not located in the Parker-Bennett area of WC, that seems to have disregarded some WC residents, or the WC voters, who live in WC's Parker-Bennett area who had been voting in the WC government elections in what was called the "Delafield Community Center" that the WC government, or gov't, owned for decades and was located in this Parker-Bennett area; however the "Delafield Community Center" was sold away by the WC Fiscal court, or the WC government, a few years ago because of what was said to have been a lack of local WC government funding to keep the Delafield Community Center in operation. So during the 2020 government elections, for the WC's residents who lived in the Parker-Bennett area of WC, the closest government voting booths were located in the Southern Kentucky Performing Arts Center, or the SKyPAC, that is apart of, and located in the Tax Increment Financing District, or the TIF, in Bowling Green's, or in BG's, downtown area; who people who lived in this Parker-Bennet area did not have public transportation due to the Covid-19 stoppage of public transportation in order to get to this SkyPAC, and if these residents from the Parker-Bennett area decided to walk from their homes to this SKyPAC, they needed to walk, or to go, across a busy highway that could have been life threatening to them, and if they had a child, they may not have been able to find somebody to look after their child while they were voting in this SKyPAC.

The WC Fiscal Court, or the WC government, was controlled in 2020 by a Republican WC Judge-Executive, named Mike Buchanon, and most of the WC residents, or the WC voters, who lived in the Parker-Bennett area of WC were, more than likely, Democratic Party voters, so it seems that, in regards to the unintentionality, this WC Fiscal Court successfully blocked these mostly Democratic voters from voting in the 2020 government elections and voting against the Republican Party's strong-hold in Ky's state government also during 2020's government elections. The WC Fiscal Court sold this Delafield Community Center away about 5 or 6 years ago by citing a lack of funding from the WC Fiscal Court in order to keep this Delafield Community Center in operation, that probably would have cost about ten thousand dollars from the WC local taxpayers to keep in operation… is what I am guessing…; however in contrast only few years later, this WC Fiscal Court's members took about ten million dollars of the WC local taxpayer dollars to pay for the construction cost of building softball fields at Buchanon Park in WC, and this Buchanon Park is located about 7 or 8 miles away from this Parker-Bennett area, or is located in another part of WC… so for an inquiry sakes: how did the WC Fiscal Court get so much money, and so quickly, and only after a few years earlier having said that this WC local government was financially depleted… it seems that the WC Fiscal Court members are not good at keeping financial records or good at financial management… and the WC Fiscal Court members' shaky financial management affected the WC residents who live in the Parker-Bennet area by having caused Mike Buchanon and the WC Fiscal Court members to permanently close the Delafield community Center by citing a lack of funding and kept the mostly Democratic Party voters in the Parker-Bennett area from voting in the 2020 government elections in the gov't

1

voting booths that had been located in the Delafield Community Center, and helped keep the Republic Party's strong-hold on the WC local government and in Kentucky's state government also… and that seems to me is a ***"violation of Ethics Laws"***. These Parker-Bennett area residents, or these WC voters, who the WC government members have made decisions, it seems, that kept these Democratic Party voters in the Parker- Bennett area from voting in the 2020 government elections; who most of these WC Democratic voters, it seems, probably would have voted for the Democratic Party, and could have changed the "Republican Party's control" of the WC Fiscal Court and the BG City Commissioner Board. **(A)** – and then "<u>immediately</u>", or not too long after, these new "BG City Commissioner Board" members were elected in the November 2020 government elections, this BG City Commissioner Board voted, with a majority vote, in the beginning of the year of 2021, to dismantle and to ***<u>tear down houses and a building</u>*** <u>that were located in the United States Historic landsite, named the *Shake Rag Community*, in WC</u> that were buildings that were located at the corner of Chestnut Street and 7th Street to have an apartment building get built at that location to be apart of the WC gov'ts members' TIF and also have this new apartment building to be built and owned by a current WC Fiscal Court board member, named Ron Cummings, so that this Ron Cummings could get money from this newly built apartment building… and that seems to me is also a ***"violation of Ethics Laws" and a "conflict of interest"*** from the WC local governments' members, who have continued to have a TIF District get built in or near BG's downtown area, while the people who have lived in or near the BG downtown area, or in the Shake Rag Community area, during the last fifty years or more and also the residents who have lived in the Parker-Bennett area have not wanted this TIF to get built in or near this Shake Rag Community, yet however the WC local government members have been having this **TIF to get built *ANYWAY*** **(without)** the residents of WC, or the WC's voters, getting to vote on a local WC gov't ballot, <u>that are gov't voting ballots that could have been</u> **<u>supplied</u>** <u>by the WC Fiscal Court members</u>, about the having of this TIF get built. **(B)** - Also "<u>immediately</u>" after, or not long after, the WC government elections in November 2020, this WC Fiscal Court permanently ***closed a public library*** that had computers with internet access, that was operating in the Parker-Bennett area of WC where several youths lived, while Mike Buchanan has said during the last few years that he wants all of the school-aged youths in WC to be able to have broadband internet access to go their homes, and so during the last few months, the WC Fiscal Court members have allotted millions of WC's taxpayers dollars to go toward purchasing "broadband internet access" to go to all of the WC area, however this broadband internet access will cost much more than the probably <u>tens of thousands of dollars</u> that it cost to keep in operation this permanently closed public library that was located in the Parker-Bennet area on Graham Avenue, and while some youths who live near this permanently closed public library may not have computers in their homes in order to receive this new planned "broadband internet service" that had been available to these youths on the computers that were located in this Graham Avenue public library; and the permanent closing of this public library could cause people, or the adults who live in this Parker-Bennett area, to become less knowledgeable and thereby less able to be employed and financially stable in the business world… and that seems to be a hindrance, or is not helpful, to WC's residents… such as has been the taking away of the Delafield Community Center and the government voting booths that were located in this Delafield Community Center and in the Parker-Bennett area for their use in the

WC gov't elections; who again these Parker-Bennett area residents may have voted against the Republican Party's strong-hold in KY's gov't… had the WC Fiscal Court members not helped, or had, the Delafield Community Center and government election voting booths to be taken away from this Parker-Bennett area and then had the government election voting booths for the Parker-Bennett area residents of WC to be located to the SKyPAC; **(C)** - Also not too long after, or a few months after, the WC local gov't elections of 2020, the WC gov'ts started adding to the <u>*controversial WC Transpark*</u> in WC by purchasing more land, and also started to have more planned factory buildings and other buildings to be built in this Transpark; even while the WC residents who have lived near the area of this Transpark, have not wanted this Transpark to be built where this Tanspark is and while WC's gov't members have had this **controversial Transpark** to get built *ANYWAY* **(without)** the residents of WC, or the WC's voters, getting to vote on a local WC gov't ballot, <u>that are gov't voting ballots that could have been **supplied** by the WC Fiscal Court members</u>, about having this Transpark be built. The BG City Commissioners Board members who were just put into office… or elected… in the last elections, or in the November 2020 gov't elections, seem to have **"Conflicts of Interest"** when having voted in favor of having this Transpark continued to be built, since 2 current BG City Commissioner Board members, who are named M.Hill and S.Parrigan, have connections to, or have been employees of, Western Kentucky University, or WKU while WKU is apart of this Transpark, **and ALSO**… M.Hill has been apart of this Transpark's management; and also another just "elected" BG City Commission Board member from the 2020 elections wants a Veterans Rehabilitation home be get built in this Transpark, who this just elected BG City Commissioner Board member has been a member of the United States military, so it seems that these 3 BG City Commission Board members, who are M.Hill, S.Parrigan, T.Alcott, have connections to this controversially built Transpark and it seems **"Conflicts of Interest"** with this Transpark. About 15 years ago, the WC Fiscal Court members, it seems, coerced the BG City commission Board to pay for, or to pay the bill of, this Transpark at a cost of about <u>one million dollars</u> per year from BG's taxpayers' dollars to pay for, without having the BG's residents get to vote on a gov't ballot about having to be forced to pay for this controversial Transpark's operations, since it seems that the WC Fiscal Court members did not want the WC Fiscal Court to have to pay for this one million dollar per year bill for this Transpark, **(D)** - After the WC gov't elections of 2020 and in the year of 2021, the <u>Corvette Museum's autotrack</u> that is located on Porter Pike Road in WC has continued to have auto races that cause very disturbing loud noise, that can be heard miles away, and in the nearby residential neighborhoods of this autotrack, even after the owners and operators of this autotrack and the WC Fiscal Court members said before this autotrack was built that the planned auto races to get held at this autotrack will not cause loud noise that will disturb the nearby residential neighborhoods'. – **(\*\*)** and again to be clear, the Delafield Community Center was sold away when the WC Fiscal Court members said that the WC government was too financially depleted to continue to pay to fund the Delafield Community Center's operations, yet however just a few years later, the WC fiscal Court spent over <u>ten million dollars of the WC taxpayers dollars</u> to have softball fields be built at Buchanon Park in WC - And this year of 2021, <u>or not long after the gov't elections of 2020</u>, or during the first part of the year of 2021, this WC Fiscal Court received a ***$13 million dollar U.S. Federal government grant*** from the United States President, or Joe Biden's, "American Rescue

3

Plan", who President Biden is a representative of the Democratic Party, and the WC Fiscal Court members allotted this total of about $13 million dollars to go to the local WC jail fund and also to the WC Sheriff's department, **instead** of using any of this $13 million dollar grant to go to: **(1)** keeping in operation the **public library that was located on Graham Avenue in the Parker-Bennett area of WC** that could have been a preventive measure or a place where people, or the WC residents, could acquire knowledge to become more educated and receive job training to help them from maybe getting into criminal activity and staying out of this WC jail, or from maybe getting in an incident with the WC Sheriff's department for having maybe taken part in criminal activity; yet however it seems that the WC Fiscal Court members want to imprison WC's people rather than to have WC's people get educated in that public library that this WC Fiscal Court just permanently closed due to what was said to have been the lack of WC gov't funding from the WC Fiscal Court members … **\*\*##** and it seems that this lack of WC Fiscal Court funding was brought about by the WC Fiscal Court's members' faulty management skills, or of having already spent, the WC residents' taxpayers' dollars to pay for things such as the construction of the SKyPAC in order to become apart of the WC local gov't members' controversial TIF, that the WC residents, or WC voters, were not allowed by the WC Fiscal Court members to get to vote about having built on a WC gov't election voting ballot ##\*\*… and this WC Fiscal Court permanently closed this Graham Avenue public library even after having received this $13 million dollar U.S. Federal gov't grant… and then, went against what the "old saying" is… that: "an ounce of prevention is worth a pound of cure", and the "prevention" in this instance is keeping this "WC public library" in operation, seems is better and less costly, than what the so called "cure" of this instance is… that is the "imprisoning" of WC's residents, or WC's people, in the WC jail. This $13 million dollar gov't grant could be used to also: **(2)** build a new WC public library building in the Parker-Bennett area of WC, that is similar to the **new WC public library building** that was built about 15 years ago for the Smiths Grove public library in WC, and maybe have the small business-restaurants that want to replace the public library in that building that the public library was located in on Graham Avenue, to be located in a different WC gov't owned building in WC such as when WC gov't members had a "commercial kitchen" to be built in a historic church that is located in the Shake Rag Community, or SRC, be apart of the WC gov't members' TIF; and/or this $13 million dollars could be used to: **(3)** incentivize a **grocery store** company to locate to WC to replace the grocery store that was permanently closed a few years ago that was located in the "Sugar Maple Square" in WC, that was the only traditional grocery store that had been located in the Parker-Bennett area during the last two decades, and **not** have a grocery store that is owned by a Kroger company or an IGA company grocery store to locate into "Sugar Maple Square", and maybe also to replace the "D&F grocery store" that had been located on Adams Street; and/or this $13 million dollars could be used to: **(4)** help the health and wellness of WC's citizens by having a **"walking track cushioner"** to be placed on the elevated walking track that is located in the BG Parks and Recreation department's "Kummer gymnasium" that is located on College Street in WC, that will be a walking track cushioner that is like the walking track cushioner that has been placed on the elevated walking track that is located in the Western Kentucky University's Preston Center, so that when people take a lengthy distance walk on this walking track, of maybe a mile or so, they will not experience physical harm to themselves to where it will not benefit for

them to walk on this track to try to get exercise; and/or use this $13 million dollars to: **(5)** pay for **waiving fees** that are charged to WC's residents, of about a $2 dollars per person, that WC's residents have to pay in order to use the BG Parks and Recreation department's gymnasiums and facilities that are located on 3rd Street in WC; and/or use this $13 million dollar grant to: **(6)** help incentivize a company to bring **call center jobs** to BG, to replace the total of about **200 call center jobs** that were lost from BG during the last few years, that were 100 jobs that were apart of the "Fruit of the Loom" company and also the 100 call center jobs that were located in the "Northgate Shopping Center" that is located on Louisville Road, so that the women residents of WC will not have to find work in the mostly factory labor jobs, such as the jobs that the WC Fiscal Court members have brought into the controversially built Transpark in WC, that are jobs that are under the relatively new "Right-to-Work" law, that is a Right-to-Work law for the state of Ky that the WC Fiscal Court ask for from Ky's Congress to have for Warren County, KY about 5 years ago… and "Right-to-Work" jobs will probably pay lower wages to employees and also provide less benefits to employees… such as: health care insurance, than Union-affiliated jobs pay or offer to employees, and/or also use this $13 million dollars: **(7)** to maybe waive or lower the payment fees for the **BG public transportation ride-fare** for WC's residents to use BG's public transportation bus system, that travels to places such as the: "Cabinet for Health and Family Service center" that has been relocated by the WC Fiscal Court's members from an easily accessible and centrally located place in BG's downtown area for WC residents, in order to have the WC local gov't members **controversial TIF** get built in BG's downtown area, and was relocated to where this "Cabinet for Health and Family Service center" is about 5 miles away from BG's downtown area, to Suwannee Trail Street, that is more difficult of a place for all of WC's residents to get to; and/or also use this $13 million dollars to: **(8)** *relocate* the WC jail that is a **"Half-way house"** for imprisoned people that is located on Louisville Road, since this "Half-way house" has been located by WC's gov'ts within a few hundred feet of several businesses, and a residential neighborhood, and a public park, and also a pre-school for children, so if a break-out occurs from one of the imprisoned people from this Half-way House then there will be a farther distance to go in order to get to a person who may be living or working in WC; and/or also use this $13 million dollars to: **(9)** *relocate* the **"Hospitality House"** that serves as somewhat of a hotel, that the Medical Center of BG uses for the Medical Center's patients' acquaintances to stay in, for free of charge, that the WC Fiscal Court members partnered with the Medical Center's management to have this "Hospitality House" get built, and is funded by donations from the WC residents, or the WC people, and has been located in the U.S. Historic landsite, named the SRC, when the WC fiscal court members allowed houses in the SRC to be torn down to have this "Hospitality House" get built and located where these houses were torn down by the WC fiscal court members, and have this "Hospitality House" to be relocated to outside of the SRC to where the SRC will not be disturbed by the "Commonwealth Health Corporation, and the Graves-Gilbert Clinic, and the Western Kentucky University/University of Kentucky building, and the WC local gov't(s) and particularly the WC Fiscal Court members *anymore*; and/or also use this $13 million dollars to: **(10)** *remove* the Medical Center's management from using, for a storage area, what has been the **historic church** that is located on 3rd Street in WC, and then return this church building to ownership of the people who were the worshipers in that church; and/or also use this $13 million dollars to: **(11)** *relocate* or return the

5

"**Roland Bland Park**" to the original location of the Roland bland Park that was located on High Street; and/or also use this $13 million dollars to: **(12)** *start searching* for a **new location for the Medical Center, the Graves-Gilbert Clinic**, and the other WC gov'ts' members' TIF-medical buildings that have been built in the SRC during the last 15 years, and to be relocated away from the SRC to a place that will not disturb a neighborhood in WC… if the Medical Center and the Graves Gilbert Clinic are still existing; and/or also use this $13 million dollars to: **(13)** *start searching* for a different place to build a **"Veterans Rehabilitation Home"** that will be more of a peaceful place and away from neighborhoods and businesses in WC, rather than to instead get located by the WC's gov't members to be in or near the Transpark area in WC, where there are factories that cause loud noises that could cause military veterans to have P.T.S.D. episodes and negative flashbacks from having been in warzones; yet however, this Transpark area is where the WC gov't members are so Gung-Ho about having this Veterans Rehabilitation Home to get built, since most of the local WC gov't members who want this Veterans Rehabilitation Home to be built in this Transpark do not live in or near the area of this Transpark and were not born and raised in WC, and who these local WC gov't members **again**… have not let WC's residents get to vote on a WC gov't ballot about having this transpark be built… and who also do not seem to care or think about what the WC residents, or WC voters, think or feel about the WC gov't members' questionable decision making concerning WC; and/or also use this $13 million dollars to: **(14) pay for rebuilding the houses** or the buildings that the WC's gov't members illegally voted to allow to get torn down in February 2021, that were located on the corner of Chestnut Street and 7th Street, and that were illegally torn down because of a **"conflict of interest"** concerning the BG City Commission Board members, that included: 2 BG City commission board members, named M.Hill and S.Parrigan, who have connections to, or have been employees of, WKU *while* WKU is **apart** of the TIF, and while these buildings that were torn down were purchased by a company that employs a current WC Fiscal Court Magistrate, named Ron Cummings, who is **apart** of, or is a current member of the WC Fiscal Court… that **also** seems to be a **"conflict of interest"**; and then have these newly built houses or buildings to be owned and operated by a group of SRC residents who have lived in the SRC for 50 years or more or be owned by their families, and be particularly owned and operated by the SRC residents who are still living in the SRC and to **not** have these newly constructed houses or buildings be owned or operated by the WC's gov't members or the WC magistrate, named Ron Cummings; and/or also use this $13 million dollars to: **(15)** start to **rebuild the houses in the SRC** that the WC local gov'ts, and particularly the WC fiscal court members, have allowed to be torn down during the last 15 years to have the WC gov't members' TIF get built where these houses were torn down, and then return these rebuilt houses to get owned by the people who were living in these houses when the WC gov't members allowed these houses to be torn down; and/or also use this $13 million dollars to: **(16) search for places to build houses** and apartment buildings in locations in WC that are not located next to an interstate, a busy highway, or an airport, as has been done during the last decade or so in WC by the WC gov'ts' members, and then to begin the disassembly process of the apartments that have been located in WC next to an interstate, a busy highway, or an airport so that the people who live in apartments or homes in WC will not be disturbed by the automobile traffic noise or the loud noises from outside their dwelling and thereby maybe cause them not get proper rest at night and be irritable the next day

6

if/when they move about WC's society and thereby maybe causing WC's society to be less enjoyable; and/or also use this $13 million dollars to: **(17)** relocate or **return** the "**Fairview Community Health Center**" to BG's downtown area, or to a more centrally located place for everyone in BG to travel to, in order to help to improve the WC residents' health care, and then maybe enlarge this clinic from the size that it was during the last decade, rather than being located where it has been relocated to by the WC's gov't members and that is located on Natchez Trace Avenue, since Natchez Trace Avenue is a more difficult of a place for everyone in WC to get to, yet however WC's local gov't members relocated this Fairview Community Health Center to Natchez Trace Avenue , it seems, in order to have the WC gov't members' controversial TIF be built in BG's downtown area; and/or also use this $13 million dollars to: **(18) restore all of the businesses** that were located in the SRC that were considered… as the saying goes "good, clean, and wholesome", that were located in the SRC during the last 15 years, that WC's gov't members had torn down in order to build their TIF; and/or also use this $13 million dollars to: **(19) place baseball batting cages** at Pedigo Park, such as the batting cages that have been placed at Kereiakes Park that was allowed by WC's gov't members; and/or also use this $13 million dollars to: **(20) restore the youth baseball park** to the Delafield Community area for the youths who live in that area to use, and be restored to such as the youth baseball park that had been located in the Delafield Community at the corner of Double Springs Road and Beauty Street a few decades ago… that houses have been built on that land where the youth baseball park was located; and restore this park to maybe where, when the "Spectrum TV Store" relocates away from the Delafield area at the end of this month, there could be vacant land area there when Spectrum leaves, and also replace the youth baseball park the was located at the corner of Glen Lily Road and Durbin Drive or somewhere near this area, since an elementary school is now located on some of that land, and maybe restore the open land space near the area that was located at West 12th Avenue between the streets of Stubbins Street and Fair Street that the BG Junior High School's football team used to hold their practices on in the 1980s… and that houses have been built on this land; and then have good security or maybe police drive-bys regularly in concern to these new parks in order to help prevent problems and for protection, so that the youths who live in these areas of WC can have a safe place for participating in outdoor activities; and/or also use this $13 million dollars to: **(21) start searching for places near Interstate-65** to relocate the BG Baseball Park and the SKyPAC to, that is more so of a place where these 2 venues should have been located and where everybody in WC could enjoy these venues better, rather than being located in or near downtown BG and located in the U.S. historic landsite of the SRC by the WC gov't's members that caused hundreds if not thousands of WC's residents to get displaced from their homes or residences, and caused WC's taxpayers' bills to go to unthinkable heights - and also, start searching for places to relocate the "HitCents Building" to, since that when the KY gov't state-auditor did an audit of WC gov'ts' members' TIF in the of year 2017 it was found that $3 million dollars of the WC's taxpayers' dollars were missing or were unaccounted in concern to the WC's gov'ts' members financial record keeping, who the WC Fiscal Court members then gave $3 million dollars of the WC taxpayers' dollars to pay for to replacing the missing funds that the WC Fiscal Court members' had lost account of, or financially mis-managed; and then also start searching for a place to relocate the connected parking tower of this this HitCents Building, and then also to relocate the "Kentucky Grand

7

Hotel" that WC's gov't members had built in the U.S. Historic landsite of the SRC to be apart of this TIF … **** *So these are examples* of things that could help the WC residents enhance their lives and to not confine or restrain their lives to have the WC local gov't members' **controversial projects of the TIF and Transpark get built** that have led to WC's residents paying more for their local taxes and receiving less in return, while also having their neighborhoods to get torn down for something such as this controversial TIF and thereby causing hinderances to these WC's residents' lives -- and again, are controversial projects that the WC local gov'ts' members have not allowed to get put on a local WC gov't voting ballot in order to have all of WC's residents get to vote about the approval of these controversial projects being built.            -- **So in CONCLUSION** it seems, that the WC Fiscal Court members and the WC government, by closing the Delafield Community Center not too long ago, successfully hindered the WC's Parker-Bennett area residents, or WC voters, from voting in the 2020 government elections; and then not long after hindering the WC residents, or potential WC voters, from voting in the gov't elections, the newly elected WC local government members that includes the BG City Commissioners Board, at the beginning of the year 2021, voted to dismantle or tear down houses or buildings in the Shake Rag Community in order to continue having a controversial TIF get built in or near BG's downtown area… and then only about a month after having these houses or buildings get torn down in the Shake Rag Community, this WC government permanently closed a public library that had been located in the Parker-Bennett area, ** and this Parker-Bennett area was also where the WC government voting booths had been located in the Delafield Community Center during previous government elections, that again, were taken away when this Delafield Community Center was sold by the WC Fiscal Court members or the WC government… and that seems like breaking *"Ethics laws to me… or is a violation of Ethics Laws"*; and for the proper clarification… that is the: ** **TAKING AWAY** ** of government election voting booths from the Parker-Bennett area by WC's local gov't members, after the WC gov't members did not ever allow the WC people, or the WC residents, to have a vote on a gov't ballot about having the controversial TIF or the controversial Transpark get built in WC - and both this TIF's and this Transpark's locations have disturbed nearby neighborhoods and has **cost local WC resident taxpayers "hundreds of millions of dollars" that these WC taxpayers did not have** and that these WC's residents were not sure that they will ever have, or that they may want to spend in order to pay for those controversial projects, and thereby the WC Fiscal Court members have brought what could be called: a "ball and chain" to the WC residents, and also some WC's residents have had their **personal land holdings to be possessed** by WC's gov't members during the last 15 years. WC gov't members have had other projects to be built in WC without having WC's people, or the WC's residents, get a vote on a gov't ballot about being constructed… that are listed as:

I. - softball fields at Buchanon Park    II. - indoor tennis facility at Buchanon Park

III. - Corvette Museum autotrack -,        IV. - Half-way House jail - on Old Louisville Road,
       that disturbs nearby neighborhood(s).        that disturbs the nearby neighborhood.

–    and **ALSO**, the WC Fiscal Court's members, or the WC government, **did have** a location for government election voting booths to get located at near Buchanon Park during the 2020 gov't

8

elections, and Buchanon Park is where the WC Fiscal Court members had softball fields to be constructed not long ago, or about 5 years ago; and also now, is having an "indoor tennis facility" to be built in the Buchanon Park area, that the construction of this indoor tennis facility cost WC's taxpayers 8 million dollars or more to pay for, and this tennis facility's construction began in the year of 2020… that happens to be the same year of an WC gov't election year or in the year of 2020, and is where the WC's residents who live in or near this area of Buchanon Park were more inclined to vote for the Republican Party in this same year of the 2020 government elections since the WC local governments' members, it seems, have been going out of their way to cater to these WC's residents who live in the Buchanon Park area of WC. The South Warren High School is also located near this Buchanon Park area.

The **WBKO television** station's management in WC, who WBKO has been one of the main media sources in WC, and has been a supporter of the WC gov't members, it seems, by having a news reporting partnership with the WC local gov't members' TIF that is located in BG's downtown area, and has also shown support for the Transpark in WC; and that seems maybe is disrespectful to the WBKO employees who are not supporters of this TIF or Transpark; and also could be leading to the lack of local media coverage in concern to the WC gov't members' voter suppression efforts towards the WC's residents, or the WC's potential voters, during the last 15 years or so.

--

Also during the **Covid-19 pandemic**, it seems, that the local WC government has used, or is using, the same pattern of having WC government election voting booths be removed from the Parker-Bennett area in WC… by giving the first concern to the WC's residents who live near the Buchanon Park area of WC, by having the Covid-19 vaccinations sites that have been provided by the WC local government to get located and **first** held near the Buchanon Park area of WC… and then to **lastly**, or near the last, have vaccination sites to be held near the Parker-Bennett area of WC;… and now, also in the present time, it seems that WC's gov't members are using this same pattern of disregarding some of WC's residents by having a new **Covid-19 -"Delta Variant"** vaccination site to be located at the Fairview Community Health Center that is located on Natchez Trace Avenue in WC, rather than getting held at a centrally located place for most of WC residents to travel to… such as being located in or near BG's downtown area where this Fairview Community Health Center was relocated from, so that the WC local gov't members can continue to have a controversial TIF be built in BG 's downtown area, it seems - So maybe there is a trend here, in and with, the current local WC governments... in terms of the local WC government that includes:

a) * - local WC government - **voting-booth sites**;
b) * - local WC government - **vaccination sites**;
c) * - local WC government financing of WC projects - with **vast financial discrepancies;**

- 1) The WC Fiscal Court members said that the WC Fiscal Court did not have enough finances to pay to fund the **"Delafield Community Center"** anymore about 5 years ago, that was a cost probably of about **tens of thousands of dollars** per year from WC's local taxpayers -

9

and then not too long after that, or <u>about a few years later</u>, the WC Fiscal Court's members spent about *<u>ten million dollars</u>* of WC's taxpayers dollars to pay for having **"<u>softball fields</u>"** get built at Buchanon Park in WC.

     - **2)** The WC Fiscal Court members said that the WC Fiscal Court did not have enough finances to pay to fund the **"<u>WC - Graham Avenue public library</u>"** anymore, that was a cost of about probably <u>**tens of thousands dollars**</u> per year from the WC's local taxpayers -- and then not too long after that, or only <u>about a month later</u>, the WC Fiscal Court's members spent about *<u>**ten million dollars**</u>* of the WC taxpayers' dollars to pay for purchasing **"<u>broadband internet service</u>"** that is planned to go to all of WC.

### The WC gov't members' "*Mode of Operation*" during the last 15 years, seems to be:

1) The WC's gov't members tell WC's residents about a great plan for a new project in WC that they have arrived at, that is a plan about having a very expensive project to be built in WC, and that is a plan that costs tens of millions of dollars, however will be "free of charge" for the WC's taxpayers, and is usually an unnecessary and unwanted project as far as the WC's residents are concerned.

2) Then WC's residents reject this expensive and unstable plan of the WC's gov't members for WC's taxpayers to "maybe" have to pay for.

3) Then WC's gov't members have this controversial project to be built ***anyway*** **(without)** letting WC's residents get to vote on a gov't ballot about having this expensive and controversial project get built; in fear that the WC residents will reject this new project plan and vote against this controversial project.

4) Then within a few years, the controversial and unstable project's bill comes due after having been built by the WC Fiscal Court members, and of course the WC's gov't members do not have the funding to pay for this controversial and unstable project, so the WC's gov't members then have a WC Fiscal Court meeting to tell their about new plan to raise taxes on WC's residents in order to pay for this bill of this failing controversial project, and then the WC's residents reject this new tax plan also – so then the WC Fiscal Court members try another tactic in order to raise taxes on WC's residents to get more tax dollars for paying the bill of this controversial project… and that next plan is: to try to instill fear into WC's residents by saying that in order to help stop crime in WC, the WC Fiscal Court members need to raise taxes on WC's residents to get more funding for the WC Sheriff's department and the WC jail; and then the WC residents reject the scare tactic and new tax raising plan also -- so then the WC Fiscal Court members issue WC gov't bonds in order to get the funding to pay for this failing controversial project that the WC fiscal Court members had built… and so thereby gives WC's taxpayers an expensive bill to pay for that WC's taxpayers do not have the funding for.

5) Finally, the WC Fiscal Court members and the WC gov'ts' members seem to find a way to avoid, or to stay away from, WC's residents, in order to try to not have to answer any questions about their failing controversial project and to try not be held accountable for their actions

concerning their faulty project's plan. -- and so then, as the saying goes…and such as is a broken record playing: the WC taxpayers "are left holding the bag… once again."

\*\*\*

There should again be: a public library, and government election voting booths, and/or government election voting ballot drop-boxes for WC's residents to use for WC government elections to be located in the Parker-Bennett area of WC <u>immediately</u> for WC government elections, and/or for the future in WC also; and I am asking this court to grant a "stay", or to <u>immediately</u> halt the construction of the TIF and the Transpark projects that are located in WC for the possible <u>illegality</u> issues in concern to these 2 controversial projects, until a court trial is completed about how the WC local gov't members have gone about having these two controversial projects be constructed.

Of course, I am sure that most of the WC current gov't members do <u>not</u> want to do all of the things suggested in this document in concern to the <u>U.S. Federal gov't grant of $13 million dollars</u>, however I do believe that these things are pertinent and helpful; and I also believe that WC will need different or new people in the WC gov'ts' decision making positions to have these things take place, and probably also to have WC gov't representatives who have been born and raised in BG/WC who are more familiar with, or who know, the WC residents more than the WC gov't members have known in concern to these last 15 years, and who do not disregard their constituents most of the time… especially in concern to having all of the WC residents <u>get to vote</u> on a WC gov't ballot about having millions of the WC tax payers' dollars get spent on controversial projects to be built in or near their neighborhoods, or maybe to be built nextdoor to their homes… that is disrespectful to the WC residents.

11

## (ATTACHMENT – 2)

There should again be: a public library, and government election voting booths, and/or government election voting ballot drop-boxes for Warren County's residents to use for Warren County government elections to be located in the Parker-Bennett area of Warren County immediately for Warren County government elections, and/or for the future in Warren County also.