**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**BRIAN FISHBACK**                                                                    **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:21-CV-125-GNS**

**WARREN COUNTY FISCAL COURT/**
**JUDGE-EXECUTIVE MIKE BUCHANNON** *et al.*                  **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion and Order entered this date and

being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R.

Civ. P. 12(h)(3) for lack of subject-matter jurisdiction.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good

faith. *See* 28 U.S.C. § 1915(a)(3).

Date:  August 27, 2021

Greg N. Stivers, Chief Judge
United States District Court

cc:      Plaintiff, *pro se*
         Defendants
4416.011